| | |
|---|---|
| ROBBINS ARROYO LLP<br>Brian J. Robbins (SBN 190264)<br>brobbins@robbinsarroyo.com<br>Kevin A. Seely (SBN 199982)<br>kseely@robbinsarroyo.com<br>Steven M. McKany (SBN 271405)<br>smckany@robbinsarroyo.com<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br><br>LOCKRIDGE GRINDAL<br>NAUEN P.L.L.P.<br>Rebecca A. Peterson (SBN 241858)<br>rapeterson@locklaw.com<br>Robert K. Shelquist (*pro hac vice*)<br>rkshelquist@locklaw.com<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br><br>Attorneys for Plaintiff<br>CHRISTINA GRIMM<br><br>[Additional counsel on signature page.] | Ellen L. Darling (SBN 149627)<br>ellen.darling@klgates.com<br>Caitlin C. Blanche (SBN 254109)<br>caitlin.blanche@klgates.com<br>Damon M. Pitt (291473)<br>damon.pitt@klgates.com<br>K&L Gates LLP<br>1 Park Plaza Twelfth Floor<br>Irvine, CA 92614<br>Telephone: +1 949 253 0900<br>Facsimile: +1 949 253 0902<br><br><br>Attorneys for Defendant<br>AINSWORTH PET NUTRITION,<br>LLC and APN, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| CHRISTINA GRIMM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>APN, INC., a Pennsylvania corporation, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 8:17-cv-00356-JVS-JCG<br><br>**JOINT STATUS STATEMENT**<br><br><br>Judge: Hon. James V. Selna<br>Magistrate Judge: Hon. Jay C. Gandhi |

1 | Plaintiff Christina Grimm ("Plaintiff") and Defendants APN, Inc. and Ainsworth Pet Nutrition, LLC (collectively, "Defendants" and, with Plaintiff, the "Parties") respectfully submit this Joint Status Report to update the Court concerning the status of the California Department of Public Health's decision on whether to initiate a rulemaking proceeding concerning use of the term "natural" in pet food labeling.

On January 8, 2018, this Court granted Defendants' motion to stay this action pending the anticipated March 2018 hearing by the California Department of Public Health's on a petition requesting it initiate formal rulemaking concerning the allowable usage of the term "natural" on pet food labels. In granting the stay, the Court noted that it was "until the parties and the Court know what CDPH intends to do." *See* Order Granting Defendants' Motion to Stay, p. 4. In coming to its decision, the Court explained that "APN proposes a brief stay of no more than three months until it is expected that CDPH will determine whether it will engage in rulemaking." *Id*.

On April 2, 2018, the California Department of Public Health held the hearing, listened to oral statements, and accepted written comments. The Department did not provide any decision concerning the petition at that time. The Department stated it would keep the public comment period open until May 2, 2018, and a decision will not be issued until after it has had the opportunity to review and consider all comments and evidence submitted.

The Parties do not seek a lift of the stay at this time. Plaintiff, however, does request the Court schedule a Status Conference for the end of June as the stay will have been in place for over six-months. Defendants do not believe that a status conference is warranted until the California Department of Public Health has made its decision. The Parties can, at that time, address the potential necessity for a continuance of the stay, when that issue is ripe.

| | |
|---|---|
| Dated: April 19, 2018 | ROBBINS ARROYO LLP<br>BRIAN J. ROBBINS<br>KEVIN A. SEELY<br>STEVEN MCKANY<br><br>*/s/ Steven M. McKany*<br>Steven M. McKany<br><br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>brobbins@robbinsarroyo.com<br>kseely@robbinsarroyo.com<br>smckany@robbinsarroyo.com<br><br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>ROBERT K. SHELQUIST<br>REBECCA A. PETERSON<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>rshelquist@locklaw.com<br>rapeterson@locklaw.com<br><br>STEPHENS & STEPHENS LLP<br>CONRAD B. STEPHENS<br>505 South McClelland Street<br>Santa Maria, CA 93454<br>Telephone: (805) 922-1951<br>Facsimile: (805) 922-8013<br>conrad@stephensfirm.com<br><br>Attorneys for Plaintiff |
| Dated: April 19, 2018 | K&L GATES LLP<br><br>By: */s/ Damon M. Pitt*<br>    Ellen L. Darling<br>    Caitlin C. Blanche<br>    Damon M. Pitt<br>    Attorneys for Defendants<br>    AINSWORTH PET NUTRITION, LLC<br>    and APN, INC. |

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Steven M. McKany, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

April 19, 2018

By   s/  Steven M. McKany

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2018, I authorized the electronic filing of the foregoing **JOINT STATUS STATEMENT**, including attachments, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List for this action.

By: s/ Steven M. McKany