ROBBINS LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsllp.com
KEVIN A. SEELY (199982)
kseely@robbinsllp.com
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST (*pro hac vice*)
rkshelquist@locklaw.com
REBECCA A. PETERSON (241858)
rapeterson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINA GRIMM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>APN, INC., a Pennsylvania corporation, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 8:17-cv-00356-JVS-JCG<br><br>**PLAINTIFF CHRISTINA GRIMM'S STATUS REPORT STATEMENT**<br><br>Judge: Hon. James V. Selna<br>Magistrate Judge: Hon. Jay C. Gandhi |

Plaintiff Christina Grimm ("Plaintiff") respectfully submits this Status Report to update the Court on the California Department of Public Health's ("CDPH") decision on whether to initiate a rulemaking proceeding concerning use of the term "natural" in pet food labeling.

Since Plaintiff last updated the Court on CDPH's informal written comment period that ended on January 1, 2021 (Dkt. 119), there has been no further action on the formal rulemaking process.

Dated: August 25, 2021                    ROBBINS LLP

*/s/ Kevin A. Seely*
KEVIN A. SEELY
BRIAN J. ROBBINS
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com
brobbins@robbinsllp.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST
REBECCA A. PETERSON
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

GUSTAFSON GLUEK PLLC
Daniel Gustafson (*pro hac vice*)
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone (612) 333-8844
E-mail: dgustafson@gustafsongluek.com

LITE DEPALMA GREENBERG, LLC
Joseph DePalma

- 1 -

| | |
|---|---|
| 1 | Susana Cruz-Hodge |
| 2 | 570 Broad Street, Suite 1201 |
|   | Newark, NJ 07102 |
| 3 | Telephone: (973) 623-3000 |
|   | E-mail: jdepalma@litedepalma.com |
| 4 | sgreenfogel@litedepalma.com |
|   | scruzhodge@litedepalma.com |

1
2
3
4
5
6
7
8
9
10
11
12   1539774
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Susana Cruz-Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
sgreenfogel@litedepalma.com
scruzhodge@litedepalma.com

CUNEO GILBERT & LADUCA, LLP
Charles LaDuca
Katherine Van Dyck
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
E-mail: charles@cuneolaw.com
kvandyck@cuneolaw.com

*Attorneys for Plaintiff Christina Grimm*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2021, I authorized the electronic filing of the foregoing PLAINTIFF CHRISTINA GRIMM'S STATUS REPORT STATEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List for this action.

*/s/ Kevin A. Selly*
KEVIN A. SEELY

# Mailing Information for a Case 8:17-cv-00356-JVS-JCG Christina Grimm v. APN, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Alexandra Caroline Aurisch**
  AAurisch@winston.com,ptanigawa@winston.com,alexandra-aurisch-0283@ecf.pacerpro.com,ECF_LA@winston.com

- **Caitlin Comstock Blanche**
  caitlin.blanche@klgates.com,michelle.moya@klgates.com,Shelley.Cossitt@klgates.com,Ashley.Russell@klgates.com

- **Daniel E Gustafson**
  dgustafson@gustafsongluek.com

- **Amanda Jereige**
  amanda-jereige-5954@ecf.pacerpro.com

- **Leonid Kandinov**
  lkandinov@robbinsllp.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Rebecca Anne Peterson**
  rapeterson@locklaw.com,kjleroy@locklaw.com,bgilles@locklaw.com

- **Brian J Robbins**
  brobbins@robbinsllp.com,notice@robbinsllp.com

- **Ronald Y. Rothstein**
  rrothste@winston.com,ron-rothstein-8727@ecf.pacerpro.com,ECF_CH@winston.com,ECF_LA@winston.com

- **Kevin A Seely**
  kseely@robbinsllp.com,notice@robbinsllp.com

- **Robert K. Shelquist**
  rkshelquist@locklaw.com,kjleroy@locklaw.com,bgilles@locklaw.com

- **Gina Stassi**
  gstassi@cpmlegal.com,zagudelo@cpmlegal.com,jacosta@cpmlegal.com

- **Conrad B Stephens**
  conrad@stephensfirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`