JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GRIMM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> APN, INC., a Pennsylvania corporation, et al., <br><br> Defendants. | Case No. 8:17-cv-00356-JVS-JCG <br><br><br> **ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE [187]** <br><br><br> Judge: Hon. James V. Selna <br> Magistrate Judge: Hon. Jay C. Gandhi |

Pursuant to the Stipulation of Voluntary Dismissal with Prejudice filed by Plaintiff Christina Grimm ("Plaintiff"), and Defendants APN, Inc. and Ainsworth Pet Nutrition, LLC ("Defendants"), IT IS HEREBY ORDERED:

This action is dismissed with prejudice as to named Plaintiff, and without prejudice as to all unnamed putative class members.

No class has been certified and the unnamed putative class members have not and are not releasing any claims, are not having their rights affected, and will suffer no prejudice as part of the terms under which this case is being dismissed, and, accordingly, notice has not been provided to the unnamed putative class members.

Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

The Clerk shall close this case.

IT IS SO ORDERED.

Dated: June 24, 2026

_____
The Honorable James V. Selna
United States District Judge

- 1 -